No. 117. DENVER & RIO GRANDE WESTERN RAILROAD CO. *v.* UNION PACIFIC RAILROAD CO. ET AL.;

No. 118. UNION PACIFIC RAILROAD CO. ET AL. *v.* UNITED STATES ET AL.; and

No. 119. UNITED STATES ET AL. *v.* UNION PACIFIC RAILROAD CO. ET AL. Appeals from the United States District Court for the District of Nebraska; and

No. 332. WASHINGTON PUBLIC SERVICE COMMISSION ET AL. *v.* DENVER & RIO GRANDE WESTERN RAILROAD CO. ET AL.;

No. 333. UNION PACIFIC RAILROAD CO. ET AL. *v.* DENVER & RIO GRANDE WESTERN RAILROAD CO. ET AL.; and

No. 334. UNITED STATES ET AL. *v.* DENVER & RIO GRANDE WESTERN RAILROAD CO. ET AL. Appeals from the United States District Court for the District of Colorado. In these cases probable jurisdiction is noted.

*Frank E. Holman, Dennis McCarthy* and *Robert E. Quirk* for the Denver & Rio Grande Western Railroad Co. *Don Eastvold,* Attorney General of Washington, *Clarence S. Beck,* Attorney General of Nebraska, *Bert L. Overcash, C. W. Ferguson* and *George F. Guy* for the Washington Public Service Commission et al., appellants in Nos. 118 and 332 and appellees in Nos. 117 and 119; also with them in No. 118 was *Howard B. Black,* Attorney General of Wyoming. *Elmer B. Collins, L. E. Torinus, Roland J. Lehman* and *James C. Wilson* for the Union Pacific Railroad Co. et al., appellants in Nos. 118 and 333 and appel-

lees in Nos. 117 and 119. *Solicitor General Sobeloff* for appellants in Nos. 119 and 334, with whom were *Edward M. Reidy* and *Neil Brooks* in No. 119 and *Assistant Attorney General Barnes, Daniel M. Friedman* and *Samuel R. Howell* in No. 334. *John R. Barry* for the Public Service Commission of Utah et al., *William J. Hickey* for the American Short Line Railroad Association, and *Lee J. Quasey* for the National Live Stock Producers Association et al., appellees in Nos. 332 and 333. Reported below: Nos. 117, 118 and 119, 132 F. Supp. 72; Nos. 332, 333 and 334, 131 F. Supp. 372.